**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 5, 2017.**



In The

# Fourteenth Court of Appeals

NO. 14-16-00967-CV

## IN RE BERTRAM TURNER AND REGULATORY LICENSING & COMPLIANCE, LLC, Relators

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
164th District Court
Harris County, Texas
Trial Court Cause No. 2015-34625

## MEMORANDUM OPINION

On December 2, 2016, relators Bertram Turner and Regulatory Licensing & Compliance, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Alexandra Smoots-

Hogan, presiding judge of the 164th District Court of Harris County, to set aside her November 16, 2016 order denying their motion to disqualify counsel for real parties in interest.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.